```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
```

HAROLD B. MASON,                §
                                §
       Plaintiff,        §
                                §
VS.                             §   CIVIL ACTION H-12-0970
                                §
STAN STANART, COUNTY CLERK, et  §
al.,                            §
                                §
       Defendants.      §

**OPINION AND ORDER**

Pending before the Court in the above referenced cause, apparently alleging some kind of judicial wrong and breach of contract by Defendants Stan Stanart, County Clerk, Scott Hilshire, Assistant County Attorney, Vince Ryan, County Attorney, the Civil Court No. 4 of Harris County (Cause No. 990084), the Fourteenth Court of Appeals (Cause No. 14-11-00493), *et al.*, and seeking a writ of mandamus, is *pro se* Plaintiff Harold B. Mason's application to proceed *in forma pauperis* (instrument #5).

The Court

ORDERS that the application to proceed *in forma pauperis* is GRANTED.

Nevertheless, this Court may dismiss a complaint filed *in forma pauperis* under 28 U.S.C. § 1915(e)(2)(B)(1) if the Court finds that "the action is frivolous or malicious." *Alfred v. Corrections Corp. of America*, No. 09-30614, 2011 WL 2201188, *2 (5th

-1-

Cir. June 7, 2011). A complaint is frivolous if it lacks an arguable basis in law or fact. *Denton v. Hernandez*, 504 U.S. 25 (1989). The Court may dismiss factual allegations that are "'clearly baseless,'" "'fanciful,'" "fantastic,'" or "'delusional.'" *Alfred*, 2011 WL 2201188 at *2, *citing Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). "[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeably facts available to contradict them." *Id., citing id.* at 33. The Court finds Plaintiff's allegations here are delusional and nonsensical. Accordingly, the Court

    ORDERS that this case is DISMISSED based on frivolous factual allegations under 28 U.S.C. § 1915(e)(2).

    **SIGNED** at Houston, Texas, this  7th  day of  September , 2012.

                                                _____
                                                        MELINDA HARMON
                                       UNITED STATES DISTRICT JUDGE